**DISMISS and Opinion Filed March 31, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01410-CV

### IN THE INTEREST OF G.M.O. AND A.G.O., CHILDREN

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-50667-2013**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellant's March 27, 2014 motion to dismiss the appeal. Appellant

has informed the Court that he no longer wishes to pursue this appeal. Accordingly, we grant

appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

131410F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF
G.M.O. AND A.G.O., CHILDREN

No. 05-13-01410-CV

On Appeal from the 380th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 380-50667-2013.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, JULIA L. VARGO, recover her costs of this appeal from appellant, ROBERT T. O'DONNELL.

Judgment entered March 31, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–2–